# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

HARLEYSVILLE WORCESTER
INSURANCE COMPANY,
    Plaintiff,

v.

                                                      C.A. No. 20-219 JJM

HIGH TECH CONSTRUCTION, INC.;
JOE M. DALOMBA; THE RIATA REALTY
IRREVOCABLE TRUST; THE GREG
MERCURIO, JR. 2010 REVOCABLE
TRUST; GREGORY MERCURIO, JR.; and,
THE BAILEY GROUP, LLC,
    Defendants.

## **JUDGMENT**

[   ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters for the Plaintiff Harleysville Worcester Insurance Company and against Defendants High Tech Construction, Inc., Joe M. Dalomba, The Riata Realty Irrevocable Trust, The Greg Mercurio, Jr. 2010 Revocable Trust, Gregory Mercurio, Jr., and Bailey Group, LLC pursuant to the Memorandum and Order entered on October 25th, 2021 by this Court.

Enter:

<u>/s/ Ryan H. Jackson</u>
Deputy Clerk

Dated: October 25th, 2021